1

2

3

4

5

6

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11 | RICHARD BRYAN CLYMER,        )    Case No. EDCV 10-01526
                                 )    VAP(DTBx)
12 |                Plaintiff,   )
                                 )    **JUDGMENT IN FAVOR OF**
13 |      v.                     )    **DEFENDANT BLEIER & COX**
                                 )
14 | DISCOVER BANK; BLEIER &     )
   | COX; AND DOES 1 THROUGH     )
15 | 5, INCLUSIVE,               )
                                 )
16 |                Defendants.  )
   | _____ )
17

18 | **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

19       Pursuant to the Order filed herewith, IT IS ORDERED

20 AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH

21 PREJUDICE as to Defendant Bleier & Cox.  The Court orders

22 that such judgment be entered.

23

24

25

26

27 Dated: <u>August 2, 2011</u>     _____
                                        VIRGINIA A. PHILLIPS
28                                    United States District Judge