FILED

Richard Bryan Clymer
668 W. Clifton Avenue
Redlands, CA 92373
(951) 288-0324

In Pro Se

2011 SEP 20  PM 2:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

Richard Bryan Clymer

       Plaintiff,

Vs.

DISCOVER BANK
And Does 1 through 5 inclusive

Co Defendant

)Case No.  5:10-cv-01526-VAP-DTB
)
)MEMORANDUM OF POINTS AND
)AUTHORITY IN SUPPORT OF MOTION
)TO COMPEL DISCOVERY
)
)DATE OCT 27,2011
]
)
)TIME 10:00 AM
)
)
**DEPT 3**

)JUDGE HON. BRISTOW

MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF MOTION TO COMPEL

DISCOVERY

    The sole remaining cause of action is whether the Defendant conducted a reasonable

investigation of Plaintiffs letter of dispute.  Discovery is requested that would establish what, if

1

MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF MOTION TO COMPEL
DISCOVERY

anything, was done during the course of the alleged investigation. The Defendant completely stonewalls every attempt by Plaintiff to discern what transpired during the course of the alleged investigation.

The Defendant maintains that it is not relevant WHO conducted the investigation, HOW the investigation was conducted, or the FINDINGS of the alleged investigation. There totally lacks any spirit of co-operation in conducting discovery.

Furthermore, Plaintiff seeks to establish evidence that the defendant, Discover, is factually by definition a Consumer Reporting Agency. This is an essential element for establishing a cause of action under the FCRA. A copy of the Defendants Card Member Agreement clearly spells out that the Defendant collects, maintains, and disseminates consumer's personal information to third parties. However, the Defendant refuses to provide the requested discovery for Plaintiff.

The Defendant has moved this Court for Summary Judgment based solely upon the fact that Plaintiff failed to file a dispute with a Consumer Reporting Agency. The Defendants co-operation in discovery is necessary to establish the facts relevant to the remaining cause of action.

WHEREFORE, it is respectfully requested that an Order issue compelling discovery.

Date Sept 20 2011

Respectfully submitted,

Richard Bryan Clymer

2

MEMORANDUM OF POINTS AND AUTHORITY IN SUPPORT OF MOTION TO COMPEL DISCOVERY